UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

---

Fishbowl Solutions, Inc.,            Case No.:  0:21-cv-00794 (SRN/BRT)

      Plaintiff,

vs.

The Hanover Insurance Company,

      Defendant.

---

### DEFENDANT THE HANOVER INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT
_____

Defendant The Hanover Insurance Company ("Hanover"), by and through their counsel, hereby moves this Court pursuant to Rule 56 of the Federal Rules of Civil Procedure for Summary Judgment on the grounds that, as a matter of law, there is no coverage under the Data Breach Coverage Form of the Technology Professional Liability Policy issued by Hanover to Plaintiff Fishbowl Solutions, Inc. for Fishbowl's claimed loss.

This Motion is based on the provisions of Rule 56 of the Federal Rules of Civil Procedure, Hanover's Memorandum of Law in Support of its Motion for Summary Judgment, the Declaration of Scott G. Johnson and attached exhibits,

the Declaration of Jack Smith and attached exhibit, and all of the files, records, and proceedings herein.

| | |
|---|---|
| June 7, 2022 | Respectfully submitted,<br><br>**ROBINS KAPLAN LLP**<br><br>By: /s/ Scott G. Johnson<br><br>Scott G. Johnson (#17614X)<br>Rebecca A. Zadaka (#0401943)<br>800 LaSalle Avenue, Suite 2800<br>Minneapolis, MN  55402<br>Phone: (612) 349-8500<br>Facsimile: (612) 349-4181<br>sjohnson@robinskaplan.com<br>rzadaka@robinskaplan.com<br><br>Erica A. Ramsey *(Pro Hac Vice)*<br>**ROBINS KAPLAN LLP**<br>140 North Phillips Avenue<br>Suite 307<br>Sioux Falls, SD 57104<br>Phone: (605) 335-1300<br>Facsimile: (605) 740-7199<br>eramsey@robinskaplan.com<br><br>*Attorneys for Defendant The Hanover Insurance Company* |

92952744.1