# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Fishbowl Solutions, Inc. | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 21-cv-00794-SRN-DJF |
| Hanover Insurance Company, The | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiff's Motion for Summary Judgment [Doc. No. 57] is **GRANTED** as to all claims;

2. Defendant's Motion for Summary Judgment [Doc. No. 51] is **DENIED** as to all claims;

3. The Court awards Fishbowl $147,926.21 in damages;

4. To the extent Fishbowl contends that it is entitled to prejudgment interest and/or attorneys' fees, it must submit briefing no later than November 17, 2022 (no longer than five pages) identifying the legal basis of that contention as well as a calculation as to any amounts owed.

Date: 11/7/2022                                                                                    KATE M. FOGARTY, CLERK